UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SIX HUNDRED SIXTEEN THOUSAND TWO HUNDRED (616,200) CIGARETTES OF ASSORTED BRANDS,<br><br>Defendants. | NO. CV-04-191-RHW<br><br>**ORDERING STRIKING PENDING MOTIONS** |

On May 24, 2005, the Court entered an order staying the above-captioned case pending resolution of the related Washington state case *Allen v. Officer Carroll.* Prior to the Order being filed, the parties filed various motions. These motions are pending on the Court's docket. Because the case is stayed, the court's docket is better managed by striking the motions. The parties are instructed to renote the motions, if necessary following resolution of the related state case.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court **strikes** the following motions:

a. Claimant's Combined Motion to Dismiss, Suppress Evidence, and for Return of Property (Ct. Rec. 16);

b. The United States' Motion to Dismiss Claim (Ct. Rec.18);

c. Claimant's Motion in Limine (Ct. Rec. 24).

///

**ORDERING STRIKING PENDING MOTIONS ~ 1**

1   **IT IS SO ORDERED.** The District Court Executive is hereby directed to
2   enter this Order and furnish copies to counsel.
3   **DATED** this 16th day of February, 2006.
4
5                           s/ Robert H. Whaley
6                           ROBERT H. WHALEY
7                           Chief United States District Judge
8
9
10  Q:\CIVIL\2004\616,200 cigarettes\strike.ord.wpd
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDERING STRIKING PENDING MOTIONS ~ 2**